AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24 Civ. 00807

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Boho Beach Hut
was received by me on *(date)* 2/27/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Malani, Sales Associate (Caucasian Female 20 years old, Pink hair, 5'5" 120 lbs.), who is designated by law to accept service of process on behalf of *(name of organization)* Boho Beach Hut at the address of the Registered Agent, 5245 Vista Blvd., Ste. 167, Sparks, NV 89436 on *(date)* 2/28/2024 @ 2:13 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 2/28/2024

*Server's signature*

Marc Miller, Process Server #R-2019-05690
*Printed name and title*

Legal Process Service NV PILB Lic. 604, 105 Mary St., Reno, NV 89509
*Server's address*

Additional information regarding attempted service, etc:
Class Action Complaint, Order, Civil Cover Sheet