Deyuan Lin, Esq.
620 Newport Center Dr., Suite 1100
Newport Beach, CA 92660
(949) 409-8860

March 20, 2024

Judge Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**RE:** *SUSAN COMPETELLO et al. vs. BOHO BEACH HUT*; U.S. District Court, Southern District N.Y., Civ. Action No.: 1:24-cv-00807

Dear Judge Clarke:

I represent the defendant, Boho Beach Hut ("Defendant") in the above-referenced action, wherein the plaintiff, Susan Competello, ("Plaintiff") (Plaintiff and Defendant are hereinafter collectively referred to as "Parties") alleges that Defendant failed to design, construct, maintain, and operate its website to be fully accessible to, and independently usable by, Plaintiff and other blind or visually impaired persons. On behalf of Defendant, I write to request a 30-day extension of time for Defendant to respond to the Complaint.

On February 3, 2024, Plaintiff filed a Complaint against Defendant in the U.S. District Court for the Southern District of New York. Defendant was served with a copy of the Complaint on, February 28, 2024, making the response to the Complaint due on March 20, 2024.

We have conferred with Plaintiff's counsel, and they consent to our request for an extension for Defendant to respond to the Complaint.  The extension is needed to analyze and/or investigate the matters set forth in the Complaint, confer with our client, explore settlement, and, if necessary, prepare a response. No previous requests for an extension of time to respond have been made by Defendant. The requested extension does not affect any other scheduled dates.

_____
1

Accordingly, on behalf of Defendant, I respectfully request an extension of time for Defendant to file a response to the Complaint, from March 20, 2024, to April 19, 2024.

Thank you for your consideration of this request.

Respectfully Submitted,

By: */s/ Deyuan Lin*
  Deyuan Lin

CC: Jon L. Norinsberg, Esq. (via ECF)

Application GRANTED. Defendant to answer, move or otherwise respond to the Complaint by **April 19, 2024.** The parties are reminded that, per the Court's Individual Rules, requests for extensions must be made at least 48 hours prior to the deadline. The parties are further reminded of the requirement to file a joint letter as outlined in ECF No. 5.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: March 21, 2024
    New York, New York

_____
2