## Joseph & Norinsberg LLC
### Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Jon L. Norinsberg, Esq.**
jon@norinsberglaw.com

April 5, 2024

**VIA ECF**
Honorable Magistrate Judge Sarah L. Cave
United States District Court-SDNY
Daniel Patrick Moynihan
500 Pearl Street, Courtroom 18A
New York, NY 10007-1312

Re:    **Competello v. Boho Beach Hut**
       **Dkt. No.: 24 Civ. 00807 (JGLC) (SLC)**
       **NOTICE OF SETTLEMENT**

Dear Judge Cave,

We represent Plaintiff Susan Competello ("Plaintiff") in the above referenced ADA matter. We write now with the Defendant's consent, to respectfully inform the Court that the Parties have reached a settlement in principle in this action. We therefore respectfully request that the Court dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated.

In light of the anticipated settlement, the parties respectfully request that all currently pending deadlines in this action be adjourned *sine die*.

We thank the Court for its time and attention in this matter.

Sincerely,

Jon L Norinsberg, Esq.

c.c. Scott Karlin, Esq.
      Counsel for Defendant (via ECF)